PROB 34
(Rev. 5/01)

Report and Order Terminating Probation/Supervised Release

# UNITED STATES DISTRICT COURT

FOR THE

District of Montana

UNITED STATES OF AMERICA

v.

TANNER LEE MEAGHER

Crim. No. 9:15CR00032-004

It appearing that the above named has complied with the conditions of probation/supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of probation/supervised release expired on 05/26/2021, I therefore recommend that the defendant be discharged from probation/supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

JR Waller
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation/supervised release and that the proceedings in the case be terminated.

Dated this 1st day of June, 2021

United States District Judge